# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Gustavo Alonso Franco-Valenzuela<br><br>Defendant(s) | )<br>)<br>)  Case No.<br>)         6:24-mj-203-MK<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 24, 2024  in the county of  Douglas  in the
District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi) | Possession with the intent to distribute 400 grams or more of fentanyl. |

This criminal complaint is based on these facts:
The attached affidavit which is incoporated herein.

☑ Continued on the attached sheet.

/s/ Kristofer Strubel, per rule 4.1
*Complainant's signature*

Kristofer K. Strubel, DEA Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  2:00pm  a.m./p.m.

Date:  September 25, 2024

*Judge's signature*

City and state:  Eugene, Oregon     Mustafa T. Kasubhai, U.S. Magistrate Judge
*Printed name and title*